Entered on Docket
June 13, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: June 13, 2022

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 20-30604 HLB |
| PROFESSIONAL FINANCIAL INVESTORS, INC., | Chapter 11 |
| Debtor. | |
| PROFESSIONAL FINANCIAL INVESTORS, INC. and PROFESSIONAL INVESTORS 45 LLC, | Adv. Proc. No. 21-3035 HLB |
| Plaintiffs, | |
| v. | |
| CAROL SUE SPROUL and FELIX ARTS, | |
| Defendants. | |

### ORDER OF DISMISSAL WITH PREJUDICE

On June 10, 2022, Plaintiffs Professional Financial Investors, Inc. and Professional Investors 45 LLC, through Mr. Michael Goldberg as Trustee of the PFI Trust, filed a request for dismissal of this adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and Rule 7041 of the Federal Rules of Bankruptcy Procedure.[1] The

---
[1] Dkt. 13 (the "Request").

Request explains that this proceeding has been resolved by a fully consummated settlement.

Accordingly, the court **ORDERS** this proceeding **DISMISSED WITH PREJUDICE**, effective immediately.

**\*\*END OF ORDER\*\***

## Court Service List

Carol Sue Sproule
540B Easterby Street
Sausalito, CA 94965-1711

Felix Arts
540B Easterby Street
Sausalito, CA 94965-1711